**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LETICIA COLLINS**                                                                  **PLAINTIFF**
**ADC #721351**

**v.**                                        **CASE NO. 4:26-CV-00767-BSM**

**CHRISTIAN RIAS,** *et al.*                                                      **DEFENDANTS**

### ORDER

The clerk is directed to immediately transfer this case to the United States District Court for the Western District of Arkansas because doing so will best serve the interest of justice. *See* 28 U.S.C. § 1406(a). The defendants reside in, and the events giving rise to this lawsuit occurred in, the Western District of Arkansas. *See* 28 U.S.C. § 1391(b) (venue is proper in the judicial district where "any defendants resides" or where "a substantial part of the events or omissions giving rise to the claim occurred").

IT IS SO ORDERED this 29th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE